IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 11-mj-7006

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Robert Caskey,

    Defendant.

---

## NOTICE OF FUTURE COURT DATE

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance     X Arraignment     ___Sentencing     ___Status

___Administrative Review     ___Show Proof     ___Other (_____)

The location, date and time set for the hearing is:

X 212 N. Wahsatch, Suite 101     ___901 19th Street, Rm. A-105     ___1929 Stout St.
    Colorado Springs, CO 80903          Denver, CO 80294               Denver, CO 80294

Appearance date: 03/14/2012, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                                       Greg Langham, Clerk
                                       By: NLC
                                              Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: 1-10-12          Name: Robert Caskey
                                     (Please Print)
                                 Address: 6032 Powder Keg Pl
Phone: 719-964-4235                              Co Spgs Co
Revised 3/17/09