IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 11-mj-07006-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Robert Caskey,

    Defendant.

---

## NOTICE OF FUTURE COURT DATE

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance    _X_Arraignment    ___Sentencing    ___Status

___Administrative Review    ___Show Proof    ___Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101    ___901 19th Street, Rm. A-105    ___1929 Stout St.
    Colorado Springs, CO 80903       Denver, CO 80294          Denver, CO 80294

Appearance date: 05/16/2012 at 10:00am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                    Greg Langham, Clerk

                    By: NLC
                          Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: 3/14/12      Name: _Jeff J. Back_
                        (Please Print)
                 Address:_____

Phone:_____
Revised 3/17/09