IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 11-mj-7006-klm

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Robert Caskey

    Defendant.

---

NOTICE OF FUTURE COURT DATE

---

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance    X Arraignment *cont.*    ___Sentencing    ___Status

___Administrative Review    ___Show Proof    ___Other (_____)

The location, date and time set for the hearing is:

X 212 N. Wahsatch, Suite 101    ___901 19th Street, Rm. A-105    ___1929 Stout St.
   Colorado Springs, CO 80903       Denver, CO 80294           Denver, CO 80294

Appearance date: 06/06/12, at 10:00am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                           Greg Langham, Clerk

                           By: NLC
                           Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: 3/30/2012      Name: Reset per request of
                                  Address: AUSA Bob Brown

Phone: _____

Revised 3/17/09